**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>STANISLAV LAZUTKINE,<br><br>              Debtor. | Case No. 13-21893-E-7<br>Docket Control No. HLC-9 |

**SUPPLEMENT TO RECORD FOR ORAL FINDINGS OF
FACT AND CONCLUSIONS OF LAW STATED AT
MARCH 20, 2017 EVIDENTIARY HEARING
ON OBJECTION TO JENNY PETTENGILL PROOF OF CLAIM NO. 11**

An Evidentiary Hearing on the Objection filed by John Roberts, the Chapter 7 Trustee, to the claim of Jenny Pettengill, Proof of Claim No. 11, filed in the Stanislav Lazutkine bankruptcy case was heard March 20, 2017. At the conclusion of the Evidentiary Hearing, the court stated its findings of fact and conclusions of law orally on the record. Fed. R. Civ. P. 52(a)(1) and Fed. R. Bankr. P. 7052, 9014. The court used two spreadsheets at the hearing in explaining its ruling. Attached hereto and incorporated into the record for the March 20, 2017 Evidentiary Hearing are:

Addendum 1:

    Computation Spread Sheet for the Domestic Support Obligation portion of Proof of Claim No. 11 through the May 2015 payment of $1,000,000.00 on the claim by Stanislav Lazutkine.

Addendum 2:

    Computation Spread Sheet for the entire obligation of Proof of Claim No. 1 through the May 2015 payment of $1,000,000.00 on the claim by Stanislav Lazutkine.

In addition, the court provides the following additional finding in computing the non-Domestic Support Obligation portion of Proof of Claim No. 11, which calculation was not stated on the record at the Evidentiary Hearing:

///

| Monthly Unpaid Principal Obligation | Monthly Interest Accrual | Accrued Interest Total | | Number of Months |
|---|---|---|---|---|
| **Computation of Interest and Principal Balance for Non-DSO to 2/2013 Bankruptcy Filing by Stanislav Lazutkine** ||||||
| | | | **2010** | |
| $ 7,327.43 | $ 61.06 | | September | 1 |
| $14,654.86 | $ 122.12 | $ 183.19 | October | 2 |
| $21,982.29 | $ 183.19 | $ 366.37 | November | 3 |
| $29,309.72 | $ 244.25 | $ 610.62 | December | 4 |
| | | | **2011** | |
| $36,637.15 | $ 305.31 | $ 549.56 | January | 5 |
| $43,964.58 | $ 366.37 | $ 915.93 | February | 6 |
| $51,292.01 | $ 427.43 | $ 1,343.36 | March | 7 |
| $58,619.44 | $ 488.50 | $ 1,831.86 | April | 8 |
| $65,946.87 | $ 549.56 | $ 2,381.41 | May | 9 |
| $73,274.30 | $ 610.62 | $ 2,992.03 | June | 10 |
| $80,601.73 | $ 671.68 | $ 3,663.72 | July | 11 |
| $87,929.16 | $ 732.74 | $ 4,396.46 | August | 12 |
| $95,256.59 | $ 793.80 | $ 5,190.26 | September | 13 |
| $ 102,584.02 | $ 854.87 | $ 6,045.13 | October | 14 |
| $ 109,911.45 | $ 915.93 | $ 6,961.06 | November | 15 |
| $ 117,238.88 | $ 976.99 | $ 7,938.05 | December | 16 |
| | | | **2012** | 17 |
| $ 124,566.31 | $ 1,038.05 | $ 8,976.10 | January | |
| $ 131,893.74 | $ 1,099.11 | $ 10,075.22 | February | 18 |
| $ 139,221.17 | $ 1,160.18 | $ 11,235.39 | March | 19 |
| $ 146,548.60 | $ 1,221.24 | $ 12,456.63 | April | 20 |
| $ 153,876.03 | $ 1,282.30 | $ 13,738.93 | May | 21 |
| $ 161,203.46 | $ 1,343.36 | $ 15,082.29 | June | 22 |
| $ 168,530.89 | $ 1,404.42 | $ 16,486.72 | July | 23 |
| $ 175,858.32 | $ 1,465.49 | $ 17,952.20 | August | 24 |
| $ 183,185.75 | $ 1,526.55 | $ 19,478.75 | September | 25 |
| $ 188,621.45 | $ 1,571.85 | $ 21,050.60 | October Payment Decreased, No Porsche Pmt. | 26 |
| $ 194,057.15 | $ 1,617.14 | $ 22,667.74 | November | 27 |
| $ 199,492.85 | $ 1,662.44 | $ 24,330.18 | December | 28 |
| | | | **2013** | |
| $ 214,471.55 | $ 1,787.26 | $ 26,117.44 | January | 29 |
| $ 229,450.25 | $ 1,912.09 | $ 28,029.53 | February Lazutkine Bankruptcy Filed | 30 |

1  The total prepetition non-Domestic Support Obligation portion of Ms. Pettengill's claim in this
2  bankruptcy case is $257,479.78.
3  ///
4  Dated: March 30, 2017

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

3

# ADDENDUM 1
## Computation of Actual DSO Support, Maintence, Alimony Payment

| Spousal Support | | Medical Insuarnce | | | Total Monthly DSO |
|---|---|---|---|---|---|
| $ 9,000.00 | $ | 543.00 | = | $ | 9,543.00 |

| | |
|---|---|
| Total Pre-Petition Unpaid DSO Obligation, with Interest Through April 2015 | $ 422,277.75 |
| Total Post-Petition Unpaid DSO Obligation, with Interest Through April 2015 (11 U.S.C. Section 101(14A) post-petition DSO Interest) | $ 344,947.63 |
| Attorneys' Fees of $100,000 and Attorneys' Costs of $100,000, with Intrest from September 2010 through April 2015 (56 months at $1,666.66 per month) | $ 293,333.33 |
| Total DSO and Attorney's Fees/Costs | $ 1,060,558.71 |

**Annual Interst Rate**

**10.00%**

| Pre-Petition | | Pre-Petition - 35 months | Accured Balance as of the Month | Monthly Interest on Aggregate Unpaid Principal Balance | Aggregate Accrued Interest From Month 1 to Calculation Month | | | |
|---|---|---|---|---|---|---|---|---|
| 2010 | Sept | 1 | $ 9,543.00 | $ 79.53 | | | Total Pre-Petition Monthly DSO Principal Unpaid Total | $ 286,290.00 |
| | Oct | 2 | $ 19,086.00 | $ 159.05 | $ 238.58 | | Total Interest at 10.00% Interest Rate over 30 Pre-Petition Months period | $ 36,979.13 |
| | Nov | 3 | $ 28,629.00 | $ 238.58 | $ 477.15 | | | ---------------- |
| | Dec | 4 | $ 38,172.00 | $ 318.10 | $ 795.25 | | Total Pre-Petition Principal and Interest as to Lazutkine February 2013 Bankruptcy | $ 323,269.13 |
| 2011 | Jan | 5 | $ 47,715.00 | $ 397.63 | $ 1,192.88 | | Additional Interest From September 2010 Through April 2015 Payment of $1 Million | $ 99,008.63 |
| | Feb | 6 | $ 57,258.00 | $ 477.15 | $ 1,670.03 | | | ========== |
| | March | 7 | $ 66,801.00 | $ 556.68 | $ 2,226.70 | | Total Pre-Petition DSO Claim, Plus Interest as of April 2015 | $ 422,277.75 |
| | April | 8 | $ 76,344.00 | $ 636.20 | $ 2,862.90 | | | |
| | May | 9 | $ 85,887.00 | $ 715.73 | $ 3,578.63 | | | |
| | June | 10 | $ 95,430.00 | $ 795.25 | $ 4,373.88 | | | |
| | July | 11 | $ 104,973.00 | $ 874.78 | $ 5,248.65 | | | |
| | Aug | 12 | $ 114,516.00 | $ 954.30 | $ 6,202.95 | | | |
| | Sept | 13 | $ 124,059.00 | $ 1,033.83 | $ 7,236.78 | | | |
| | Oct | 14 | $ 133,602.00 | $ 1,113.35 | $ 8,350.13 | | | |
| | Nov | 15 | $ 143,145.00 | $ 1,192.88 | $ 9,543.00 | | | |
| | Dec | 16 | $ 152,688.00 | $ 1,272.40 | $ 10,815.40 | | | |
| 2012 | Jan | 17 | $ 162,231.00 | $ 1,351.93 | $ 12,167.33 | | | |

Case 13-21893    Filed 03/30/17    Doc 243

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Feb | 18 | $ | 171,774.00 | $ | 1,431.45 | $ | 13,598.78 |
| | | March | 19 | $ | 181,317.00 | $ | 1,510.98 | $ | 15,109.75 |
| | | April | 20 | $ | 190,860.00 | $ | 1,590.50 | $ | 16,700.25 |
| | | May | 21 | $ | 200,403.00 | $ | 1,670.03 | $ | 18,370.28 |
| | | June | 22 | $ | 209,946.00 | $ | 1,749.55 | $ | 20,119.83 |
| | | July | 23 | $ | 219,489.00 | $ | 1,829.08 | $ | 21,948.90 |
| | | Aug | 24 | $ | 229,032.00 | $ | 1,908.60 | $ | 23,857.50 |
| | | Sept | 25 | $ | 238,575.00 | $ | 1,988.13 | $ | 25,845.63 |
| | | Oct | 26 | $ | 248,118.00 | $ | 2,067.65 | $ | 27,913.28 |
| | | Nov | 27 | $ | 257,661.00 | $ | 2,147.18 | $ | 30,060.45 |
| | | Dec | 28 | $ | 267,204.00 | $ | 2,226.70 | $ | 32,287.15 |
| | 2013 | Jan | 29 | $ | 276,747.00 | $ | 2,306.23 | $ | 34,593.38 |
| | | Feb | 30 | $ | 286,290.00 | $ | 2,385.75 | $ | 36,979.13 |
| | Additional Interest on $286,290.00 Principal Until Paid April 2015 - 26 months @ $2,385.75 per month | | | | | $ | 62,029.50 | $ | 99,008.63 |
| Stanley Luzutkine Chapter 7 Bankruptcy Case Filed 2/13/2013 | | | | | | | | | |

**Post-Petition Stanley Luzukine Chapter 7 Payments Required Under 2011 State Court order in Pettengill v. Luzukine**
**Monthly Total Payment of $14,978.70**

Post Petition

| | Year | Month | # | Principal | Interest | Cumulative |
|---|---|---|---|---|---|---|
| | 2013 | March | 1 | $ 9,543.00 | $ 79.53 | |
| | | April | 2 | $ 24,521.70 | $ 204.35 | $ 283.87 |
| | | May | 3 | $ 39,500.40 | $ 329.17 | $ 613.04 |
| | | June | 4 | $ 54,475.40 | $ 453.96 | $ 1,067.00 |
| | | July | 5 | $ 69,450.40 | $ 578.75 | $ 1,645.76 |
| | | Aug | 6 | $ 14,975.00 | $ 124.79 | $ 1,770.55 |
| | | Sept | 7 | $ 29,950.00 | $ 249.58 | $ 2,020.13 |
| | | Oct | 8 | $ 44,925.00 | $ 374.38 | $ 2,394.51 |
| | | Nov | 9 | $ 59,900.00 | $ 499.17 | $ 2,893.67 |
| | | Dec | 10 | $ 74,875.00 | $ 623.96 | $ 3,517.63 |
| | 2014 | Jan | 11 | $ 89,850.00 | $ 748.75 | $ 4,266.38 |
| | | Feb | 12 | $ 104,825.00 | $ 873.54 | $ 5,139.92 |
| | | March | 13 | $ 119,800.00 | $ 998.33 | $ 6,138.26 |
| | | April | 14 | $ 134,775.00 | $ 1,123.13 | $ 7,261.38 |
| | | May | 15 | $ 149,750.00 | $ 1,247.92 | $ 8,509.30 |
| | | June | 16 | $ 164,725.00 | $ 1,372.71 | $ 9,882.01 |
| | | July | 17 | $ 179,700.00 | $ 1,497.50 | $ 11,379.51 |
| | | Aug | 18 | $ 194,675.00 | $ 1,622.29 | $ 13,001.80 |
| | | Sept | 19 | $ 209,650.00 | $ 1,747.08 | $ 14,748.88 |
| | | Oct | 20 | $ 224,625.00 | $ 1,871.88 | $ 16,620.76 |
| | | Nov | 21 | $ 239,600.00 | $ 1,996.67 | $ 18,617.42 |
| | | Dec | 22 | $ 254,575.00 | $ 2,121.46 | $ 20,738.88 |
| | 2015 | Jan | 23 | $ 269,550.00 | $ 2,246.25 | $ 22,985.13 |
| | | Feb | 24 | $ 284,525.00 | $ 2,371.04 | $ 25,356.17 |
| | | March | 25 | $ 299,500.00 | $ 2,495.83 | $ 27,852.01 |
| $1 Million Payment | | April | 26 | $ 314,475.00 | $ 2,620.63 | $ 30,472.63 |

| | |
|---|---|
| Total Post-Petition Monthly Principal Unpaid Total | $ 314,475.00 |
| Total Interest at 10.00% Interest Rate over 26 Post-Petition Months Period | $ 30,472.63 |
| | ========== |
| Total Post-Petition Principal and Interest | $ 344,947.63 |

## ADDENDUM 2

## Computation of Pre- and Post-Petition For All Claims (Domestic Support Obligation and Non-DSO Claims) of Pettengill Proof of Claim Filed in Stanley Lazutkine Bankruptcy Case

**Computation of Monthly Payments Owed Pursuant to January 31, 2011 Order in Pettengill v. Lazoutkine**
**Attached to Proof of Claim No. 11 Filed by Pettengill**

| | |
|---|---|
| For Months September 2010 - September 2012 Monthly Payment Amount | $ 16,870.43 |
| For Months October 2010 - February 2013 (Filing of Lazutkine Chapter Case) Monthly Payment Amount | $ 14,978.70 |

| | |
|---|---|
| Total Pre-Petition Unpaid Obligation, with Interest Through April 2015 | $ 738,322.67 |
| Total Post-Petition Unpaid Obligation, with Interest Through April 2015 (This calculation includes interest on the Non-Domestic Support Obligation portions of Proof of Claim No. 11 to demonstrate the maximum claim with Pettengill Asserts in this Contested Matter) | $ 345,174.12 |
| Attorneys' Fees of $100,000 and Attorneys' Costs of $100,000, with Intrest from September 2010 through April 2015 (56 months at $1,666.66 per month) | $ 293,333.33 |
| Total Obligation as of April 2015 $1 Million Payment | $ 1,376,830.12 |

|  |  | Pre-Petition | Pre-Petition - 35 months |  | Accrued Balance as of the Month | Monthly Interest on Aggregate Unpaid Principal Balance | Aggregate Accrued Interest From Month 1 to Calculation Month |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **Annual Interst Rate** | | | | |
|  |  |  |  |  | **10.00%** | | | | |
|  | 2010 | Sept | 1 |  | $ 16,970.43 | $ 141.42 |  | Total Pre-Petition Monthly Principal Unpaid Total | $ 499,150.55 |
|  |  | Oct | 2 |  | $ 33,940.86 | $ 282.84 | $ 424.26 | Total Interest at 10.00% Interest Rate over 30 Pre-Petition Months period | $ 65,511.42 |
|  |  | Nov | 3 |  | $ 50,911.29 | $ 424.26 | $ 848.52 |  | ---------------- |
|  |  | Dec | 4 |  | $ 67,881.72 | $ 565.68 | $ 1,414.20 | Total Pre-Petition Principal and Interest as to Lazutkine September 2010 Bankruptcy | $ 564,661.97 |
|  | 2011 | Jan | 5 |  | $ 84,852.15 | $ 707.10 | $ 2,121.30 | Additional Interest From September 2010 Through April 2015 Payment of $1 Million | $ 173,660.71 |
|  |  | Feb | 6 |  | $ 101,822.58 | $ 848.52 | $ 2,969.83 |  | ========== |
|  |  | March | 7 |  | $ 118,793.01 | $ 989.94 | $ 3,959.77 | Total Pre-Petition Claim, Plus Interest as of April 2015 | $ 738,322.67 |
|  |  | April | 8 |  | $ 135,763.44 | $ 1,131.36 | $ 5,091.13 |  |  |
|  |  | May | 9 |  | $ 152,733.87 | $ 1,272.78 | $ 6,363.91 |  |  |
|  |  | June | 10 |  | $ 169,704.30 | $ 1,414.20 | $ 7,778.11 |  |  |
|  |  | July | 11 |  | $ 186,674.73 | $ 1,555.62 | $ 9,333.74 |  |  |
|  |  | Aug | 12 |  | $ 203,645.16 | $ 1,697.04 | $ 11,030.78 |  |  |
|  |  | Sept | 13 |  | $ 220,615.59 | $ 1,838.46 | $ 12,869.24 |  |  |
|  |  | Oct | 14 |  | $ 237,586.02 | $ 1,979.88 | $ 14,849.13 |  |  |
|  |  | Nov | 15 |  | $ 254,556.45 | $ 2,121.30 | $ 16,970.43 |  |  |
|  |  | Dec | 16 |  | $ 271,526.88 | $ 2,262.72 | $ 19,233.15 |  |  |
|  | 2012 | Jan | 17 |  | $ 288,497.31 | $ 2,404.14 | $ 21,637.30 |  |  |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Feb | 18 | | $ | 305,467.74 | $ | 2,545.56 | $ | 24,182.86 |
| | | March | 19 | | $ | 322,438.17 | $ | 2,686.98 | $ | 26,869.85 |
| | | April | 20 | | $ | 339,408.60 | $ | 2,828.41 | $ | 29,698.25 |
| | | May | 21 | | $ | 356,379.03 | $ | 2,969.83 | $ | 32,668.08 |
| | | June | 22 | | $ | 373,349.46 | $ | 3,111.25 | $ | 35,779.32 |
| | | July | 23 | | $ | 390,319.89 | $ | 3,252.67 | $ | 39,031.99 |
| | | Aug | 24 | | $ | 407,290.32 | $ | 3,394.09 | $ | 42,426.08 |
| | | Sept | 25 | | $ | 424,260.75 | $ | 3,535.51 | $ | 45,961.58 |
| Montnly Payment Decreases to $14,978.70 with Termination of Porsche Payment (On Attachment to POC there is no reduction in the monthly auto insurance) | | | | | | | | | | |
| | | Oct | 26 | | $ | 439,239.45 | $ | 3,660.33 | $ | 49,621.91 |
| | | Nov | 27 | | $ | 454,218.15 | $ | 3,785.15 | $ | 53,407.06 |
| | | Dec | 28 | | $ | 469,196.85 | $ | 3,909.97 | $ | 57,317.04 |
| | 2013 | Jan | 29 | | $ | 484,175.55 | $ | 4,034.80 | $ | 61,351.83 |
| | | Feb | 30 | | $ | 499,150.55 | $ | 4,159.59 | $ | 65,511.42 |
| Additional Interest on $499,140.55 Principal Until Paid April 2015 - 26 months @ $4,159.58 per month | | | | | | | $ | 108,149.29 | $ | 173,660.71 |
| Stanley Luzutkine Chapter 7 Bankruptcy Case Filed 2/13/2013 | | | | | | | | | | |

**Post-Petition Stanley Luzukine Chapter 7 Payments Required Under 2011 State Court Order in Pettengill v. Luzukine**
**Monthly Total Payment of $14,978.70**

Post Petition

| | Year | Month | # | | Cumulative | | Monthly Interest | | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| | 2013 | March | 1 | | $ 14,978.70 | $ | 124.82 | | |
| | | April | 2 | | $ 29,957.40 | $ | 249.65 | $ | 374.47 |
| | | May | 3 | | $ 44,936.10 | $ | 374.47 | $ | 748.94 |
| | | June | 4 | | $ 59,911.10 | $ | 499.26 | $ | 1,248.19 |
| | | July | 5 | | $ 74,886.10 | $ | 624.05 | $ | 1,872.25 |
| | | Aug | 6 | | $ 14,975.00 | $ | 124.79 | $ | 1,997.04 |
| | | Sept | 7 | | $ 29,950.00 | $ | 249.58 | $ | 2,246.62 |
| | | Oct | 8 | | $ 44,925.00 | $ | 374.38 | $ | 2,621.00 |
| | | Nov | 9 | | $ 59,900.00 | $ | 499.17 | $ | 3,120.16 |
| | | Dec | 10 | | $ 74,875.00 | $ | 623.96 | $ | 3,744.12 |
| | 2014 | Jan | 11 | | $ 89,850.00 | $ | 748.75 | $ | 4,492.87 |
| | | Feb | 12 | | $ 104,825.00 | $ | 873.54 | $ | 5,366.41 |
| | | March | 13 | | $ 119,800.00 | $ | 998.33 | $ | 6,364.75 |
| | | April | 14 | | $ 134,775.00 | $ | 1,123.13 | $ | 7,487.87 |
| | | May | 15 | | $ 149,750.00 | $ | 1,247.92 | $ | 8,735.79 |
| | | June | 16 | | $ 164,725.00 | $ | 1,372.71 | $ | 10,108.50 |
| | | July | 17 | | $ 179,700.00 | $ | 1,497.50 | $ | 11,606.00 |
| | | Aug | 18 | | $ 194,675.00 | $ | 1,622.29 | $ | 13,228.29 |
| | | Sept | 19 | | $ 209,650.00 | $ | 1,747.08 | $ | 14,975.37 |
| | | Oct | 20 | | $ 224,625.00 | $ | 1,871.88 | $ | 16,847.25 |
| | | Nov | 21 | | $ 239,600.00 | $ | 1,996.67 | $ | 18,843.91 |
| | | Dec | 22 | | $ 254,575.00 | $ | 2,121.46 | $ | 20,965.37 |
| | 2015 | Jan | 23 | | $ 269,550.00 | $ | 2,246.25 | $ | 23,211.62 |
| | | Feb | 24 | | $ 284,525.00 | $ | 2,371.04 | $ | 25,582.66 |
| | | March | 25 | | $ 299,500.00 | $ | 2,495.83 | $ | 28,078.50 |
| $1 Million Payment | | April | 26 | | $ 314,475.00 | $ | 2,620.63 | $ | 30,699.12 |

| | |
|---|---|
| Total Post-Petition Monthly Principal Unpaid Total | $ 314,475.00 |
| Total Interest at 10.00% Interest Rate over 26 Post-Petition Months Period | $ 30,699.12 |
| | =========== |
| Total Post-Petition Principal and | $ 345,174.12 |

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked _____, via the U.S. mail.

| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| George C. Hollister<br>655 University Avenue, #200<br>Sacramento, CA 95835 | Richard A. Hall<br>P.O. Box 237<br>Auburn, CA 95604 |